HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROL ENGEN,<br><br>                      Plaintiff,<br><br>     v.<br><br>MS SERVICES LLC/MOUNTAIN STATES ADJUSTMENTS,<br><br>                      Defendant. | No. 13-CV-5034-RBL<br><br>ORDER<br><br>(Dkt. #1) |

### **ORDER ON APPLICATION TO PROCEED** *IN FORMA PAUPERIS*

Plaintiff has applied to proceed *in forma pauperis* in this suit under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. 1681 *et seq*.

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v.*

*Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

Here, Plaintiff's proposed complaint seeks statutory damages of $1,000 against Defendant for obtaining her credit report without a permissible purpose, violating 15 U.S.C. 1681b.  Mountain States Adjustments appears, however, to be a collection agency, which is authorized to obtain credit reports.  Under 15 U.S.C. 1681b(a)(3), "any consumer reporting agency may furnish a consumer report . . . [t]o a person it has reason to believe . . . intends to use the information in connection with a credit transaction involving the consumer or . . . review or collection of an account."  Thus, the proposed Complaint appears to have no arguable substance in law.

## CONCLUSION

Plaintiff may amend her application to proceed *in forma pauperis* to explain why Defendant has otherwise violated FCRA, or she may pay the filing fee.  Either must occur within **15 days** of this order or the case will be dismissed.

Dated this 29th day of January 2013.

Ronald B. Leighton
United States District Judge